THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL C. NOTARPOLE, Appellant.— Judgment of conviction and order affirmed. All con-

cur. (The judgment convicts defendant of the crime of perjury, second degree. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.